# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REAPPOINTMENT TO THE | : | NO. 684 |
| | : | |
| CONTINUING LEGAL EDUCATION | : | SUPREME COURT RULES DOCKET |
| | : | |
| BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 1st day of December, 2015, Anthony Charles Aliano, Esquire, Dauphin County, is hereby reappointed as a member of the Continuing Legal Education Board for a term of three years commencing December 31, 2015.